**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| LIBERTY MUTUAL PERSONAL INSURANCE COMPANY<br>175 Berkeley Street<br>Boston, MA 02116, | : : : : : | |
| Plaintiff, | : : | Case No.   1:23-CV-00408-PAG |
| v. | : : | Judge Patricia A. Gaughan |
| PHILADELPHIA INDEMNITY INSURANCE COMPANY<br>c/o Statutory Agent<br>CT Corporation System<br>4400 Easton Commons Way #125<br>Columbus, OH 43219 | : : : : : : : : | |
| Defendant. | : | |

**NOTICE OF DISMISSAL**

Now comes Plaintiff, by and through counsel, and hereby dismisses this action with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Defendant has not served an answer or a motion for summary judgment.  This Notice of Dismissal is filed in reliance on the concurrently filed Stipulation, including the parties' agreement therein that this Court will retain jurisdiction to resolve any disputes regarding the same.

Respectfully submitted,

*/s/ William M. Harter*
William M. Harter (0072874)
Kaitlin L. Madigan (0087891)
FROST BROWN TODD LLP
10 West Broad Street, Suite 2300
Columbus, OH 43215
(614) 464-1211 (phone) / (614) 464-1737 (fax)
wharter@fbtlaw.com
kmadigan@fbtlaw.com
*Attorneys for Liberty Mutual Personal Insurance Company*

## **CERTIFICATE OF SERVICE**

On this 15th day of March, 2023, a true and accurate copy of the foregoing was filed with the Court and served via e-mail upon the following:

Eric J. Weiss
REMINGER CO., LPA
101 W. Prospect Ave., Ste. 1400
Cleveland, OH 44115
eweiss@reminger.com

*Attorney for Philadelphia Indemnity Insurance Company*

                                           */s/ William M. Harter*
                                           William M. Harter (0072874)

0000T69.0764132  4884-6205-3719v1